IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BRETT A CARGILE | § | |
| v. | § | CIVIL ACTION NO. 6:13CV254 |
| BANK OF AMERICA, *et al.* | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #23) recommends that Plaintiff's Motion to Dismiss (document #23) be granted and that the complaint be dismissed without prejudice pursuant to Fed.R.Civ.P. 41. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion to Dismiss (document #23) is **GRANTED**. The complaint is **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. 41. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 19th day of June, 2013.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE